IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

    Petitioner,                      No. CIV S-03-0366 ALA HC

    vs.

SCOTT P. RAWERS, Warden,        <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 21, 2003, Petitioner requested the appointment of counsel. On July 30, 2003, the magistrate judge assigned to this matter denied that request. On July 3, 2007, this case was reassigned to the undersigned.

        18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8 (c), Fed. R. Governing § 2254 Cases. In light of the complexity of the legal issues involved, I have concluded that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent Petitioner.

1

1  2. The Clerk of the Court is directed to serve a copy of the petition, the answer,
2  the reply by Petitioner (docket # 27) and this order on David Porter, Assistant Federal Defender.
3  3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for
4  copies of documents in the file.
5  4. Within 60 days of this order, the parties shall file and serve status reports
6  which address the timing and order of the following matters:
7      a. Discovery and investigations;
8      b. Anticipated motions;
9      c. The need for and timing of an evidentiary hearing;
10     d. Enumeration and resolution of unexhausted claims; and
11     e. Possible future amendments to the pleadings.
12 The parties are advised that failure to file a timely status report may result in sanctions.
13 DATED: August 28, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation