IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

    Petitioner,                                 No. CIV S-03-0366 ALA HC

    vs.

SCOTT P. RAWERS, Warden,              ORDER

    Respondent.

_____/

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 23, 2007, the parties filed a joint status report. In that report counsel for Petitioner requested a sixty day enlargement of time to file an amended petition.

    Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's October 23, 2007, request for an enlargement of time is granted; and
2. Petitioner's amended petition shall be filed within sixty-three (63) days of the date of this order. Respondent's answer is due forty-two (42) days after the filing of Petitioner's amended petition.

DATED: November 1, 2007

                                                                  /s/ Arthur L. Alarcón
                                                                  UNITED STATES CIRCUIT JUDGE
                                                                  Sitting by Designation

1