IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

    Petitioner,                    No. CIV S-03-0366 ALA HC

    vs.

SCOTT P. RAWERS, Warden,        ORDER

    Respondent.

_____/

    Petitioner Donald Fletcher is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 30, 2007, Petitioner filed a request for an extension of time to file an amended petition. In that request, Petitioner indicated that Respondent had been contacted and did not oppose the request.

/////

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.    Petitioner's December 30, 2007, request for an extension of time is GRANTED; and

    2.    Petitioner's amended petition shall be filed within thirty-five (35) days of the date of this order. Respondent's answer is due forty-two (42) days after the filing of Petitioner's amended petition.

1  /////

2  DATED: January 4, 2008

3                                                 /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
4                                                 Sitting by Designation