IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

    Petitioner,                    No. CIV S-03-0366 ALA HC

    vs.

SCOTT P. RAWERS, Warden,         ORDER

    Respondent.

_____/

    Petitioner Donald Fletcher is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2008, respondent filed a request for an extension of time to file a response to petitioner's amended petition. In that request, respondent indicated that petitioner had been contacted and did not oppose this request.

/////

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.    Respondent's March 3, 2008, request for an extension of time is GRANTED; and

    2.    Respondent's response to petitioner's amended petition shall be filed within thirty (30) days of the date of this order.

/////

1   DATED: March 4, 2008

2                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
3                                              Sitting by Designation

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26