IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

    Petitioner,               No. CIV S-03-00366 ALA HC

    vs.

SCOTT P. RAWERS, Warden,       <u>ORDER</u>

    Respondent.

_____/

    Respondent seeks an additional thirty (30) days to file Respondent's Answer. GOOD CAUSE APPEARING, this Court grants Respondent an additional thirty (30) days to submit its Answer.

    Accordingly, IT IS SO ORDERED that:

    1. Respondent must submit its Answer to this Court no later than thirty (30) days from the date of this Order.

    2. No additional time to submit Respondent's Answer will be granted.

/////

DATED: April 8, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation