IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

    Petitioner,                    Case No. 2:03-cv-00366 ALA (HC)

    vs.

SCOTT P. RAWERS, Warden,        ORDER

    Respondent.
_____/

    On May 6, 2008, Respondent filed an answer (doc. 47) to petitioner's amended petition (doc. 41). If Petitioner wishes to file a reply, he must do so within fourteen (14) days of the date of this order.

DATED: May 14, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation