IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GEORGE FLETCHER,

       Petitioner,                      Case No. 2:03-cv-00366 ALA (HC)

       vs.

SCOTT P. RAWERS, Warden,

       Respondent.                    ORDER

_____/

      Petitioner filed his application for a writ of habeas corpus with this Court on February 13, 2003, while he was incarcerated at Avenal State Prison, in Avenal, California.  While his petition before this Court was pending, Fletcher was paroled.  *See Amended Petition* at 1.  Respondent asserts that Petitioner is "lawfully confined by Respondent."  *Amended Answer* at 1.

      The parties are directed to file, on or before June 13, 2008, simultaneous briefs consisting of no more than 7 pages, discussing the following issue:

      What is the applicability, if any, of *Spencer v. Kemna*, 523 U.S. 1 (1998), and *Zegarra-Gomez v. INS*, 314 F.3d 1124, 1126 (9th Cir. 2003), to the question whether Petitioner's application is moot?

DATED: May 30, 2008

                                            /s/ Arthur Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation